UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES EASLER,<br>MICHELLE STONE-EASLER, and<br>INSURANCE COMPANY OF<br>STATE OF PENSYLVANIA,<br><br>          Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br>FREEDOM AIRLINES, INC.,<br>MESA AIR GROUP, INC., and<br>COMAIR, INC.,<br><br>          Defendants. | Civil Action No. 1:10-cv-11989 RGS |

**CERTIFICATE OF SERVICE**

     I hereby certify that the documents listed below, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 14, 2011, *viz*:

1. DELTA AIR LINES, INC.'S <u>THIRD</u> SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
2. Exhibit 13; and
3. Exhibit 14.

                                                 /s/ Thomas R. Murphy
                                                 Thomas R. Murphy