UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, as subrogee of James Easler, JAMES EASLER, and MICHELLE STONE-EASLER,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM AIRLINES, INC., MESA AIR GROUP, INC., and COMAIR, INC.,<br><br>Defendants. | C.A. NO. 1:10-cv-11989-RGS |

**NOTICE OF NON-OPPOSITION TO
COMAIR, INC.'S MOTION FOR LEAVE TO AMEND CROSS-CLAIMS**

The defendants, Freedom Airlines, Inc. ("Freedom") and Mesa Air Group, Inc. ("Mesa"), hereby respectfully notify this Court that they do not oppose the relief sought in the motion of Comair, Inc. to amend its cross-claims to include counts for implied contractual and tort-based indemnification.  *See* Dkt. No. 52.  Freedom and Mesa, however, reserve all of their rights to oppose these new cross-claims on their merits at the appropriate juncture of this litigation.

Respectfully submitted,

MESA AIR GROUP, INC. and
FREEDOM AIRLINES, INC.,

By their attorneys,

/s/ Benjamin M. McGovern
Elizabeth M. Mitchell (BBO No. 638146)
Benjamin M. McGovern (BBO No. 661611)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
*elizabeth.mitchell@hklaw.com*
*benjamin.mcgovern@hklaw.com*

Judith R. Nemsick (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 W. 52nd Street
New York, New York  10019
Telephone:     (212) 513-3200
*judith.nemsick@hklaw.com*

Date:  January 13, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Benjamin M. McGovern