UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES EASLER,
MICHELLE STONE-EASLER, and
INSURANCE COMPANY OF
STATE OF PENSYLVANIA,

          Plaintiffs,

v.

DELTA AIR LINES, INC.,
FREEDOM AIRLINES, INC.,
MESA GROUP, INC., and
COMAIR, INC.,

          Defendants.

Civil Action No. 1: 10-cv-11989 RGS

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

      Now come the parties to this multi-party tort case and respectfully request a brief

extension of the current discovery deadline from January 20, 2012 to March 2, 2012, as

well as a corresponding extension of the other deadlines.[1]  Since the court's grant of an

extension on the discovery deadline in November, the depositions have proceeded as

aggressively as possible but their scheduling has been hampered by several non-party

witnesses' unavailability.

---

[1] In November 2011, the court allowed, in part, a similar motion setting the following
deadlines: Fact depositions completed by 1/20/12. Plaintiffs' expert witnesses designated
and Rule 26 reports served by 2/14/12. Defendants' Expert witnesses designated and
Rule 26 reports served by 3/8/12. All expert depositions completed by 4/6/12. Any
Summary Judgment Motions due by 4/27/2012; oppositions filed by 5/18/12.

While this case has been in suit since November 2010 it was not until June 2011 that all necessary parties began actively litigating the case.   With four depositions now scheduled to take place in the next two weeks in Boston, Cleveland, and Cincinnati, the parties will need the additional time to complete two more depositions which had been scheduled but had to be postponed due to exigencies of those unrepresented fact witnesses, not counsel.  In addition, the parties will need time to complete the final out-of-state deposition of a corporate defendant in Phoenix.

The case involves a complicated set of facts, extensive medical records, and several relevant non-party witnesses.  The parties have tentatively scheduled a full-day mediation in late February.  This extension will allow the parties to make the best use of that mediation, is in the best interests of justice, and no party would be prejudiced by granting this request.

Respectfully submitted,

INSURANCE COMPANY OF
PENNSYLVANIA,

By its attorney,


s/Joseph C. Abate
Joseph C. Abate
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA  02109
Tel:    617-723-7201
BBO No. 566705

JAMES EASLER
MICHELLE STONE-EASLER,

By their attorney,


s/Richard T. Corbett
Richard T. Corbett, Esq.
Williams & Associates
685 Centre Street, Suite 208
Boston, MA 02130
Tel:    617-447-2002
BBO No. 099280

| | |
|---|---|
| COMAIR, INC., | MESA AIR GROUP, INC. and |
| | FREEDOM AIRLINES, INC., |
| By its attorney, | |
| | By their attorneys, |

s/Thomas R. Murphy

Thomas R. Murphy, Esquire

Law Offices of Thomas R. Murphy, LLC

133 Washington Street, 2nd Floor

Salem, MA  01970

Tel:    978-740-5575

BBO No. 546759

/s/ Benjamin M. McGovern

Elizabeth M. Mitchell (BBO No. 638146)

Benjamin M. McGovern (BBO No. 661611)

HOLLAND & KNIGHT LLP

10 St. James Avenue

Boston, MA  02116

(617) 523-2700

*elizabeth.mitchell@hklaw.com*

*benjamin.mcgovern@hklaw.com*

Judith R. Nemsick (*pro hac vice*)

HOLLAND & KNIGHT LLP

31 W. 52nd Street

New York, New York  10019

Telephone:    (212) 513-3200

*judith.nemsick@hklaw.com*

Date:  January 13, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Benjamin M. McGovern