## CERTIFICATE OF SERVICE

I hereby certify that the document(s) listed below, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2012, *viz*:

1.      **COMAIR, INC.'S FIRST AMENED CROSS-CLAIM.**

/s/Thomas R. Murphy
Thomas R. Murphy

1