## CERTIFICATE OF SERVICE

In accordance with LR 5.2 (b) I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and further that I will serve paper copies to those indicated as non-registered participants on or about April 6, 2012.

/s/Thomas R. Murphy
Thomas R. Murphy